McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

MAY 16 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| TONYA TATE, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on May 16, 2019, charging the above defendant with a violation of 18 U.S.C. § 1344 – Bank Fraud (13 Counts); and 18 U.S.C. § 982(a)(2)(A) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant

///

///

///

1  thereto, except when necessary for the issuance and execution of the warrant.

2  DATED: May 16, 2019                  Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                  By    /s/ Melanie L. Alworth
                                        MELANIE L. ALSWORTH
                                        Assistant U.S. Attorney


      IT IS SO ORDERED.

   Dated: May 16, 2019
                                        STANLEY A. BOONE
                                        U.S. Magistrate Judge