| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MELANIE L. ALSWORTH<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00104 DAD |
|---|---|
| Plaintiff, | MOTION AND [~~PROPOSED~~] ORDER TO UNSEAL INDICTMENT |
| v. | |
| TONYA TATE, | |
| Defendant. | |

The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the indictment under seal as the defendant has been arrested.

Based on the foregoing, the United States respectfully requests that the indictment be unsealed and made public record.

Dated: July 9, 2019

MCGREGOR W. SCOTT
United States Attorney

/s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

1

| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MELANIE L. ALSWORTH<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>TONYA TATE,<br><br>               Defendant. | CASE NO. 1:19-CR-00104 DAD<br><br>ORDER TO UNSEAL INDICTMENT |

This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed made public record.

DATED: _____7/9/19_____

_____
Honorable Jennifer L. Thurston
United States Magistrate Judge