1  McGREGOR W. SCOTT
United States Attorney
2  MELANIE L. ALSWORTH
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,        CASE NO. 1:19-CR-00104 DAD BAM

12              Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                     TIME PERIODS UNDER SPEEDY TRIAL ACT;
13         v.                        FINDINGS AND ORDER

14  TONYA TATE,                      DATE: August 26, 2019
                                     TIME: 1:00 p.m.
15              Defendant.           COURT: Hon. Barbara A. MCAuliffe

16

17                                   **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.    By previous order, this matter was set for status on August 26, 2019.

21        2.    By this stipulation, defendant now moves to continue the status conference until October

22  15, 2019, and to exclude time between August 26, 2019, and October 15, 2019, under Local Code T4.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///
Stipulation Regarding Excludable Time
Periods Under Speedy Trial Act

1

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to complete a review of the discovery, to conduct investigation and research related to the charges, and to discuss potential resolutions with his client.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 26, 2019 to October 15, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 20, 2019 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ MELANIE L. ALSWORTH<br>MELANIE L. ALSWORTH<br>Assistant United States Attorney |
| Dated: August 20, 2019 | /s/ GARY HUSS<br>GARY HUSS<br>Counsel for Defendant<br>TONYA TATE |

### FINDINGS AND ORDER

IT IS SO ORDERED that the 1st Status Conference is continued from August 26, 2019 to **October 15, 2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

| | |
|---|---|
| Dated: **August 20, 2019** | /s/ *Barbara A. McAuliffe*<br>UNITED STATES MAGISTRATE JUDGE |