McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00104 DAD BAM |
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| TONYA TATE, | DATE: October 15, 2019 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon. Barbara A. MCAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on October 15, 2019.

2.    By this stipulation, defendant now moves to continue the status conference until January 27, 2020, and to exclude time between October 15, 2019, and January 27, 2020, under Local Code T4.

///

///

///

///

///

///

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has produced discovery directly to counsel and/or made available for inspection and copying.  Government counsel has indicated that supplemental discovery will be sent out within the next two weeks.

b)    Counsel for defendant desires additional time to complete a review of the supplemental discovery, to conduct investigation and research related to the charges, and to continue to discuss resolution with his client.

c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 15, 2019 to January 27, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1   4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4           IT IS SO STIPULATED.

5

6

7   Dated:  October 11, 2019                          McGREGOR W. SCOTT
                                                       United States Attorney

8
                                                       /s/ MELANIE L. ALSWORTH
9                                                      MELANIE L. ALSWORTH
                                                       Assistant United States Attorney
10

11
    Dated:  October 10, 2019                          /s/ GARY HUSS
12                                                     GARY HUSS
                                                       Counsel for Defendant
13                                                     TONYA TATE

14

15

16                                          **ORDER**

17          IT IS SO ORDERED that the 1st Status Conference is continued from October 15, 2019 to

18  **January 27, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded

19  pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

20

21          IT IS SO ORDERED.

22  Dated**:   October 11, 2019**                        /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28