Gary Huss SBN 57370
Law Office of Gary Huss
5490 E. Liberty Ave.
Fresno, CA. 93727
(559) 832-9010
email: husslers1947@yahoo.com

Attorney for Defendant, TANYA TATE



FILED

FEB 03 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> PLAINTIFF, ) <br> ) <br> VS ) <br> ) <br> ) <br> TANYA TATE ) <br> ) <br> DEFENDANT ) <br> ) | Case No. 1:19 CR 00104 DAD <br><br> DEFENDANT TANYA TATE'S REQUEST FOR WAIVER OF PERSONAL APPEARANCE AND ORDER |

    The defendant, TANYA TATE, appeared in open court on January 27, 2020 for her status conference hearing and requested that she be allowed to waive her presence for her next status conference to be held on April 27, 2020 at 1 p.m. in the event her case is not going to be resolved then with a plea agreement. She has been released pending a trial and is living in the San Diego area where she cares regularly for her grand children. She would like to avoid the burdensome financial expenses to travel that far in the event that the status conference then will not resolve in her case being resolved at that time. Request is therefore made herein that she be be excused from a personal appearance on April 27, 2020 in the event her case is not to be resolved that date.

    Dated: February 4, 2020

1

*Gary Huss, Attorney for Tanya Tate*

ORDER

*Waiver*
SO ORDERED;

February 3, 2020

*Magistrate McAuliffe*