1   Law Office of Gary Huss
    Gary Huss, Attorney 57370
2   13605 NW 45ᵗʰ Court
    Vancouver, Washington 98685
3
    husslers1947@yahoo.com
4
    Attorney for Tonya Tate
5

6                  UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT - CALIFORNIA

8

9   _____

    UNITED STATES
10
                        PLAINTIFF
11
    VS
12
    TONYA TATE
13
                        DEFENDANT
14                                              CASE NO. 1:19 CR 00104

15                                              NOTICE OF SEALING ORDER
                                                REQUEST, APPLICATION, AND
16                                              ORDER PER LOCAL RULE 141

17

18  _____

19              **NOTICE OF SEALING ORDER APPLICATION**
                     **PER LOCAL RULE 141   (e)(2)(i)**
20
    **TO ALL PARTIES AND THE COURT:**
21

22  NOTICE IS HEREBY GIVEN   that the defendant, Tonya Tate, by and through her counsel of

23  Record, and pursuant to Local Rule 141 (e)(2)(i) are applying for and requesting this court

24

25

26

27

28

to issue a sealing order for the report of Doctor Hovsepian, attached as exhibit A, for the

1 purpose of the defendant's sentencing hearing.   The defendant desires that this report be

2 be made available to the Court for the purpose of sentencing.   This report has already been

3 disclosed to the prosecutor and probation officer in this case for the purpose of sentencing.

4       The document to be sealed is a 16 page confidential report prepared by Dr. Hovsepian

5 which is attached as exhibit A.   The bases for sealing is that the report contains confidential

6 medical information and a mental evaluation of the defendant.      This request is being filed

7 electronically and copies have already been emailed to the prosecutor, court and probation

8 officer.

9

10       Dated:   March 28, 2021

11                                Gary Huss, Attorney for Tonya Tate

12

13                **REQUEST TO SEAL DOCUMENTS**

14       Pursuant to Local Rule 141 (e)(2)(i) and California and Federal Laws relative to the

15 right to maintain confidentiality of medical records and medical information, until further order

16 of this Court it is requested that the report of Dr. Hovsepian, attached as exhibit A, be ordered

17 sealed for the purpose of the sentencing hearing and until further order of the court.   Said report

18 has been and is to be made available to the prosecutor in this case and probation officer for the

19 purpose of the sentencing of Tonya Tate. No basis exists to exclude the prosecutor or probation

20 officer from service of this order as they have already been provided a copy for consideration of

21 sentencing with the consent of the defendant.

22       The report to be sealed is a 16 page report as so numbered and as is attached as exhibit A.

23 No other documents are requested to be sealed.

24

25

26

27

28

Dated:   March 28, 2021

Gary Huss, Attorney for Tonya Tate

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2               DECLARATION OF GARY HUSS IN SUPPORT OF SEALING APPLICATION

3

4     I, GARY HUSS, declare:

5

6     1. I am panel appointed counsel for the defendant, Tonya Tate, and
will be assisting her at her sentencing hearing.

7

8     2. As part of the sentencing presentation I want to provide to the
Court a copy of the psychiatric report of Dr. Hovsepian, an expert who was

9
retained with funds approved by this court for the purpose of determining

10 whether the defendant was competent to enter a guilty plea, what mental

11 impairments she suffers from, and what can be done to help her.

12

13     3. Ms Tate has consented to me providing a copy of Dr. Hovsepian's
report to the prosecutor, probation officer, and court, but both she and I

14
would like to maintain confidentiality of the content beyond those persons

15 if possible. This report, which is attached as Exhibit A, has already been

16 made available in this case to the prosecutor and probation officer, and gives

17 significant information to the court for sentencing purposes. However, it

18 contains significant medical information which should be kept confidential

19 from others who do not have an interest in sentencing.

20

21     4. Therefore, I request a sealing order as to this report so that the
Court can be provided a copy to consider in its sentencing decisions while yet

22
maintaining her right to keep the contents confidential from those who do not

23 have an interest in her sentencing. I believe that there is good cause for a

24

25

26

27

28

sealing order as to that report in this case so that the court can be provided with full and complete information as to her mental impairment, while at the same time maintaining a reasonable level of confidentiality as to the content as the law intends.  This information can be significant evidence of mitigation.

I declare the above facts to be true and correct under penalty of perjury. Executed this 28th day of March 2021 in Vancouver, Washington.

Gary Huss, Attorney for Tonya Tate

## PROPOSED SEALING ORDER

GOOD CAUSE having been shown by the request of Gary Huss for a sealing order pursuant to Rule 141 (e)(2)(i) of the local rules of this court, and applicable law, and notice having been given, the report of Dr. Hovsepian attached as exhibit A to the application is ordered sealed for the purpose of the sentencing hearing of Tonya Tate, and until further order of the court.

Dated:  March 31, 2021      Dale A. Drozd

The Honorable Dale Drozd, District
Court Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

**Report of Dr. Hovsepian**

**(lodged with Courts sealing website for
Confidentiality reasons per
Local Rule 141)**